No. 242. KEYS, ADMINISTRATRIX, *v.* PENNSYLVANIA RAILROAD Co. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Simone N. Gazan* for petitioner. *Messrs. Ray Rood Allen* and *Frederic D. McKenney* for respondent.

No. 243. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* FITCH. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Assistant Solicitor General Bell* for petitioner. *Mr. John B. Clayton Stiver* for respondent.

No. 246. DEITRICK, RECEIVER, *v.* GREANEY. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. Brenton K. Fisk, George P. Barse,* and *James Louis Robertson* for petitioner. *Mr. Thomas H. Mahony* for respondent.

No. 265. FEDERAL COMMUNICATIONS COMMISSION *v.* POTTSVILLE BROADCASTING Co. October 9, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia granted. *Assistant Solicitor General Bell* and *Mr. William J. Dempsey* for petitioner. *Messrs. Eliot C. Lovett* and *Charles D. Drayton* for respondent.

No. 272. NATIONAL LICORICE Co. *v.* NATIONAL LABOR RELATIONS BOARD. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sec-